IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al<br><br>                Plaintiffs,<br><br>v.<br><br>WILLWORK, INC.<br><br>                Defendant. | Case No.   18 CV 4055<br><br>Judge Johnson Coleman |

## NOTICE OF VOLUNTARY DISMISSAL

**TO:**    Willwork, Inc., a/k/a Will-Work, Inc.
          c/o Corporation Service Company, Reg. Agt.
          84 State St.
          Boston, MA   02109

      PLEASE TAKE NOTICE that on August 6, 2018, pursuant to Fed. R. Civ. P. 41 (a)(1)(i), the Plaintiffs hereby voluntarily dismiss this action with prejudice.

CHICAGO REGIONAL COUNCIL OF
CARPENTERS PENSION FUND et al.

By: /s/ Travis J. Ketterman
      Attorney for Plaintiffs

                                  Certificate of Service

      I, Travis J. Ketterman, plaintiffs' attorney hereby certify that I served the above and foregoing Notice of Dismissal via U.S. first class mail to the person to who said Notice is directed on August 6, 2018.

                                            /s/ Travis J. Ketterman

McGann Ketterman & Rioux, Ltd.
111 E. Wacker Dr., Suite 2600
Chicago, IL  60601
(312) 251-9700 Fax (312) 251-9701